FILED
At Albuquerque NM

JUN 1 5 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-2722 MV |
| ) | |
| vs. ) | 16 U.S.C. §§ 703 and 707(b): Migratory |
| ) | Bird Treaty Act. |
| WAYNE MARTIN, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about February 29, 2012, in Sandoval County, New Mexico, in the District of New Mexico, the defendant, **WAYNE MARTIN**, knowingly offered for sale a migratory bird: to wit, three (3) hawks and parts thereof without having previously obtained permission to do so from the Secretary of the Interior.

In violation of 16 U.S.C. §§ 703 and 707(b).

### Forfeiture Allegation

Upon conviction of any of the offenses alleged in this indictment, the defendant, **WAYNE MARTIN**, shall forfeit to the United States pursuant to 16 U.S.C. § 707(d):

(a) A Remington Model 597, .22LR caliber rifle, serial number 2642364.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
[month and year]